*1116320*

Received by USMS Boston
at 3:21pm

**FILED**
**IN CLERKS OFFICE**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

2020 SEP 15 PM 3: 30

for the

District of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) |
| v. | ) |
| TIMOTHY TORIGIAN, GERARD O'BRIEN, | ) |
| ROBERT TWITCHELL, HENRY DOHERTY, | ) |
| DIANA LOPEZ, JAMES CARNES, | ) |
| MICHAEL MURPHY, RONALD NELSON, | ) |
| AND KENDRA CONWAY | ) |

Case No.

1:20cr10164-NMG

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MICHAEL MURPHY                                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds
(18 U.S.C. § 371)

Theft Concerning Programs Receiving Federal Funds; Aiding and Abetting
(18 U.S.C. §§ 666(a)(1)(A) and 2)

Date:   **Aug 20, 2020**

*Issuing officer's signature*

City and state:      Worcester, Massachusetts

USMJ David H. Hennessy
*Printed name and title*

| Return | - |
|---|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON FBI 9/2/2020

*Arresting officer's signature*

_____
*Printed name and title*