UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>MICHAEL MURPHY, )<br>)<br>Defendant )<br>) | No. 20-CR-10164-NMG |

### DEFENDANT, MICHAEL MURPHY'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The Defendant, Michael Murphy, seeks leave of court to file under seal his sentencing memorandum. The reasons supporting this Motion to Seal stem from matters of a sensitive nature which are discussed in the Sentencing Memorandum of the defendant.

Respectfully submitted,

MICHAEL C. WILCOX

Dated: July 9, 2024          By:   */s/ Michael C. Wilcox*
                                    Michael C. Wilcox, Esquire

1

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed via ECF on July 9, 2024.

                    By:    */s/ Michael C. Wilcox*
                             Michael C. Wilcox, Esquire